IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES JACKSON | : | |
| Plaintiff, | : | CIVIL ACTION 10-0304-WS-M |
| v. | : | |
| DR. BENJAMIN, et al., | : | |
| Defendants. | : | |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that Plaintiff's Complaint be and is hereby DISMISSED with prejudice.

DONE this 10th day of May, 2011.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE